## Commonwealth, Appellant, *v.* Pratt.

Argued June 8, 1970. *Nicholas M. Zanakos,* Assistant District Attorney, with him *Charles H. Spaziani,* District Attorney, for Commonwealth, appellant; *Herbert Fishbone and Daniel E. Cohen,* with them *Mark S. Refowich,* for appellees.

Order affirmed.

WRIGHT, P. J., dissents. Cf. *Chambers v. Maroney,* 399 U.S. 42 (1970).

## Commonwealth *v.* Ray, Appellant.

Submitted June 8, 1970. *John W. Packel,* Assistant Defender, and *Vincent J. Ziccardi,* Acting Defender, for appellant; *James D. Crawford,* Deputy District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.